# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SPC LAND TRUST, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:14cv341 |
| § | |
| BANK OF AMERICA, N.A., ET AL., § | |
| § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 18, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Strike Complaint (Dkt. 6) be GRANTED, that Defendants' Motion to Strike Complaint or in the Alternative Motion to Extend Deadline to File Responsive Pleading (Dkt. 5) be DENIED as moot, and that this case be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Plaintiff's Motion to Strike Complaint (Dkt. 6) is GRANTED, and Defendants' Motion to Strike Complaint or in the Alternative Motion to Extend Deadline to File Responsive Pleading (Dkt. 5) is DENIED as moot.

This case is hereby dismissed with prejudice and the matter is closed on the court's docket with each party bearing its own costs.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE